AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

STEVE MAHONEY,

                  Plaintiff,

               v.

STEVE HAMMOND, JAMES EDWARDS,
G. FLETCHER, TIM NIELSON, K. KING, and
JOHN DOE KUCZER,

                  Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-033-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE.

| March 22, 2012 | JAMES R. LARSEN |
| --- | --- |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |